EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2017 TSPR 46 |
| Benancio Santana Rabell | 197 DPR ____ |

Número del Caso: AB-2013-506

Fecha: 17 de marzo de 2017

Abogado de la Promovente:

    Por derecho propio

Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Avila de Jesús
    Director

Materia: Conducta Profesional – La suspensión será efectiva el 30 de marzo de 2017, fecha en que se le notificó al abogado de su suspensión inmediata del ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| *In re:* <br><br> Benancio Santana Rabell <br> TS-5951 | AB-2013-0506 |  |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 17 de marzo de 2017.

Luego de evaluar el *Informe* realizado por la Oficina de Inspección de Notarías ("ODIN"), y ante el incumplimiento del licenciado Santana Rabell con las órdenes de este Tribunal, se le suspende inmediata e indefinidamente del ejercicio de la notaría y se ordena al Alguacil de este Tribunal incautar el sello y la obra notarial bajo la custodia del licenciado Santana Rabell y entregar los mismos al Lcdo. Manuel E. Ávila de Jesús, Director de la ODIN para la correspondiente investigación e informe.

Asimismo, se refiere nuevamente este asunto a la atención de la Oficina del Procurador General para que, dentro de sus facultades investigativas, emitan el correspondiente Informe en torno a la existencia de firmas de partes no comparecientes a la Escritura Núm. 12 y las violaciones que ello implicaría a la luz de la Ley Notarial, el Reglamento Notarial y los Cánones de Ética Profesional.

Por otro lado, se le ordena al licenciado Santana Rabell que en el término de treinta (30) días, a partir de la notificación de esta Resolución, certifique a este Tribunal el reembolso total al promovente de los honorarios facturados por trabajos no completados, así como acreditar la entrega de los documentos que mantiene al presente bajo su custodia.

Notifíquese personalmente.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo